AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
January 05, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Myrna Gallegos
     DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. **EP-26-MJ-004-ATB** |
|  | ) | |
|  | ) | |
| Jairo Armendariz | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 4, 2026 in the county of Hudspeth in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1), (b) | Knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with an individual assisting an officer or employee in the performance of such duties of the United States Government involving the use of a deadly or dangerous weapon. |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

*Complainant's signature*
Jessika Wade, Special Agent
*Printed name and title*

Date: January 5, 2026

*Judge's signature*

City and state: El Paso, Texas

US Magistrate Judge Anne T. Berton
*Printed name and title*
Complaint sworn to telephonically on January 05, 2026 at 01:21 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

## AFFIDAVIT IN SUPPORT OF
## COMPLAINT

I, Jessika Wade, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint charging Jairo Armendariz ("ARMENDARIZ") with one count of a violation of 18 U.S.C. § 111(a)(1),(b), Assaulting, resisting or impeding a federal officer involving the use of a deadly or dangerous weapon in the Western District of Texas.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the FBI's El Paso Field Office. I have been a Special Agent with the FBI since 2022. I have training and experience investigating violent crimes, to include assault of federal officers, kidnapping, homicide, and drug trafficking. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary for the limited purpose of establishing probable cause for the issuance of the complaint. I have not purposely omitted any facts which would tend to diminish probable cause.

3. On January 4, 2026, at approximately 04:20 a.m., the Department of War notified the United States Border Patrol (USBP) of a group of individuals near Interstate 10 (I-10) near mile marked 94. USBP Agents responded to the location and apprehended three individuals. USBP Agents observed a Camaro ("SUBJECT VEHICLE") pull over on I-10 headed westbound and the silhouette of individuals enter SUBJECT VEHICLE. USBP Agents on scene requested assistance from additional units.

4.     Two USBP Agents, hereafter referred to as VICTIMS, who were located at the Sierra Blanca Border Patrol check point in Sierra Blanca, Texas, responded to the request for assistance. The VICTIMS traveled on I-10 westbound in a white Dodge Charger with Law Enforcement markings and lights, hereafter referred to as "UNIT 1." UNIT 1 caught up to SUBJECT VEHICLE near mile marker 65. A second USBP marked unit, "UNIT 2," also caught up to SUBJECT VEHICLE. UNIT 1 remained behind SUBJECT VEHICLE. UNIT 2 moved ahead of SUBJECT VEHICLE. Both units turned on lights and sirens to initiate a stop.

5.     SUBJECT VEHICLE decreased speed as if to stop; however, SUBJECT VEHICLE then accelerated and passed UNIT 2 to the right on the shoulder of I-10. UNIT 1 and UNIT 2 pursued SUBJECT VEHICLE. SUBJECT VEHICLE accelerated and decelerated speed. Agents estimated SUBJECT VEHICLE traveled up to 115 miles per hour. At approximately mile marker 63, SUBJECT VEHICLE struck UNIT 1 at approximately 50 miles per hour.

6.     SUBJECT VEHICLE continued to travel westbound on I-10. UNIT 1 and UNIT 2 continued to pursue SUBJECT VEHICLE. All the vehicles approached a semi-truck who was slowing down in response to the law enforcement lights. SUBJECT VEHICLE attempted to overtake the semi-truck but was unable to do which resulted in the front of SUBJECT VEHICLE striking the back of UNIT 1.

7.     UNIT 1 traveled in the left lane parallel to the semi-truck which was in the right lane. SUBJECT VEHICLE attempted to drive between UNIT 1 and the semi-truck. SUBJECT VEHICLE hit the semi-truck then struck UNIT 1 near the front passenger tire. The impact caused SUBJECT VEHICLE to spin out of control. UNIT 1 attempted to break but ultimately struck the SUBJECT VEHICLE near the passenger side door. All vehicles came to a stop.

8. The occupants of SUBJECT VEHICLE fled from the vehicle. The driver of UNIT 1, hereafter referred to as "VICTIM 1", pursued the driver of SUBJECT VEHICLE on foot. VICTIM 1 apprehended the driver who was identified as Jairo ARMENDARIZ. VICTIM 1 was fearful during the pursuit based on ARMENDARIZ striking UNIT 1 several times. The passenger of UNIT 1, "VICTIM 2", expressed a fear of serious physical injury during the incident.

9. USBP Agents apprehended two of the four occupants, both minors under the age of eighteen. One individual fled southbound and was believed to be in Mexico, and the fourth individual fled northbound.

10. ARMENDARIZ was advised of his Miranda Rights and agreed to speak with Agents. ARMENDARIZ stated the following: ARMENDARIZ left his home in El Paso, TX at approximately 04:00 a.m and drove eastbound I-10 in the SUBJECT VEHICLE. Then, he turned around and traveled back westbound. ARMENDRIZ picked up four individuals, two children and two adults, on the side of I-10 and traveled westbound with the intent of taking the individuals to an address in El Paso, TX. ARMENDARIZ observed one Border Patrol unit ahead of him and one behind him. The units slowed down and turned on their lights. ARMENDARIZ did not stop. ARMENDARIZ attempted to move into the left lane and struck one of the Border Patrol Units. ARMENDARIZ did not stop following the collision. ARMENDARIZ attempted to drive between the Border Patrol unit and a semi-truck but struck both the semi-truck and the Border Patrol unit. Once his vehicle came to a stop, AMRENDARIZ ran from his vehicle in an attempt to escape from law enforcement.

11. Agents interviewed the two migrant children who were apprehended by Border Patrol. Both indicated they were not wearing seatbelts during the incident. At least one of the children expressed being afraid he would die.

12. Based on the facts set forth above, your affiant respectfully submits that there is probable cause to believe that ARMENDARIZ knowingly violated Title 18, United States Code, § 111(a)(1), (b), Assault of a Federal Officer involving the use of a deadly or dangerous weapon, within the Western District of Texas.